# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
| --- | --- | --- |
| 140.182.173.244 | Indiana University | 2011-03-12 03:24:08 AM |
| 173.89.106.187 | Road Runner HoldCo | 2011-04-11 05:06:49 PM |
| 173.89.79.61 | Road Runner HoldCo | 2011-03-12 04:20:30 PM |
| 24.12.126.231 | Comcast Cable Communications | 2011-03-19 05:26:05 PM |
| 67.162.95.9 | Comcast Cable Communications | 2011-03-25 04:18:59 PM |
| 68.53.191.149 | Comcast Cable Communications | 2011-04-06 10:47:22 PM |
| 69.174.139.27 | Cinergy Communications | 2011-04-06 04:09:51 AM |
| 71.115.9.125 | Verizon Online | 2011-03-10 02:42:42 PM |
| 71.127.100.26 | Verizon Online | 2011-03-15 01:14:06 AM |
| 74.97.228.10 | Verizon Online | 2011-03-11 12:24:03 PM |
| 75.186.97.227 | Road Runner HoldCo | 2011-03-10 12:50:03 AM |
| 76.16.242.123 | Comcast Cable Communications | 2011-05-03 04:24:33 AM |
| 76.230.78.174 | AT&T Internet Services | 2011-03-15 06:33:51 PM |
| 76.252.189.9 | AT&T Internet Services | 2011-04-04 02:54:11 PM |
| 96.27.150.102 | WideOpenWest Finance | 2011-05-06 04:49:09 AM |
| 98.157.213.140 | Road Runner HoldCo | 2011-04-28 01:34:09 AM |
| 98.220.100.130 | Comcast Cable Communications | 2011-03-10 03:20:41 PM |
| 98.223.142.223 | Comcast Cable Communications | 2011-03-17 02:06:02 AM |
| 98.226.157.221 | Comcast Cable Communications | 2011-03-10 03:49:40 AM |
| 98.226.98.254 | Comcast Cable Communications | 2011-03-29 11:10:03 AM |
| 99.6.164.78 | AT&T Internet Services | 2011-03-31 07:47:09 AM |