THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| Hard Drive Productions Inc., | CASE NO. 4:11-cv-00059-SEB-WGH |
| Plaintiff | |
| | Judge: Sarah Evans Barker |
| v. | |
| | Magistrate Judge: William G. Hussmann |
| DOES 1 – 21, | |
| Defendants | |

**RESPONSE TO THE ANONYMOUS LETTER DATED JUNE 1, 2011**

Comes now the Plaintiff, Hard Drive Inc., and responds to the anonymous letter purportedly written by a defendant on June 1, 2011.

It is highly unlikely that this letter was written by one of the defendants in this case as the writer proclaims. The complaint was filed on May 20th and the anonymous letter was written less than two weeks later, before any discovery action was taken by plaintiff. It is difficult to imagine one of the defendants stumbling across the exhibit attached to the complaint, and identifying their own IP address as one listed, in that timeframe. Counsel for the Plaintiff believes the letter to be submitted by a pro-piracy organization with an agenda of keeping the internet as a safe-haven for copyright infringement.

The Court is fully capable of protecting each defendant's due process rights and ascertaining the quality of evidence presented in this proceeding. The anonymous letter expresses fears to the contrary, but these fears are not a good justification for curtailing discovery of the identities of those who have conspired to pirate copyrighted material.

                          Respectfully submitted,

                          Hard Drive Productions, Inc.

DATED: June 10, 2011

                          By:    /s/ Raphael Whitford_____
                                    Raphael Whitford (Bar No. 92363)
                                    Steele Hansmeier PLLC
                                    161 N. Clark St., Suite 4700,
                                    Chicago, IL 60601
                                    312-880-9160;   Fax 312-893-5677
                                    rjwhitford@wefightpiracy.com

*Attorney for Plaintiff*