Acknowledged.
Date: 08/18/2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

*SARAH EVANS BARKER, JUDGE*
*United States District Court*
*Southern District of Indiana*

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., ) | CASE NO. 4:11-cv-00059-SEB-WGH |
| Plaintiff, ) | Judge: Hon. Sarah Evans Barker |
| v. ) | Magistrate Judge: Hon. William G. Hussman |
| DOES 1 – 21, ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address: 98.223.142.223. The Doe Defendant associated with this Dismissal is Does 1. The Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. Inclusive of this dismissal, Does 1 has been dismissed from this action.

[intentionally left blank]

Respectfully submitted,

Hard Drive Productions, Inc.

DATED: August 17, 2011

      By:    <u>/s/ Raphael Whitford</u>
              Raphael Whitford (Bar No. 92363)
              Steele Hansmeier PLLC
              161 N. Clark St., Suite 4700,
              Chicago, IL 60601
              312-880-9160;   Fax 312-893-5677
              rjwhitford@wefightpiracy.com
              *Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 17, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                              s/ Raphael Whitford
                                              RAPHAEL WHITFORD