UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:11-cv-59-SEB-WGH |
| | ) | |
| DOES 1-21, | ) | |
| | ) | |
| Defendants. | ) | |

## SHOW CAUSE ORDER

This matter is before the court sua sponte. The Plaintiff filed an ex parte motion and supporting memorandum on May 31, 2011. (Docket Nos. 9-10). The Magistrate Judge does not believe that this motion and supporting memorandum should be unavailable to the opposing parties or for public inspection because they do not contain any information that meets the ex parte filing requirements under the Federal Rules of Civil Procedure. The Plaintiff is **ORDERED** to show cause why the ex parte motion and supporting memorandum should not be made available to the opposing parties and for public inspection within ten (10) days of the date of this order.

**SO ORDERED.**

**Dated:** September 1, 2011

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Raphael J. Whitford
STEELE HANSELMEIER PLLC
rjwhitford@wefightpiracy.com