IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | Case No. 4:11-cv-00059-SEB-WGH |
| Plaintiff, | Judge: Hon. Sarah Evans Barker |
| v. | Magistrate Judge: Hon. William G. Hussmann |
| DOES 1 – 21, | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO COURT'S SEPTEMBER 1, 2011 SHOW CAUSE ORDER**

In its September 1, 2011 Show Cause Order, this Court ordered Plaintiff to show cause why the ex parte motion and supporting memorandum (ECF Nos. 9-10) should remain under seal and not be made available to the opposing parties and for public inspection. (ECF No. 27.) Plaintiff has no objection to the unsealing of these documents and making them available to the opposing parties and for public inspection.

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

DATED: September 2, 2011

By:  /s/ Raphael Whitford
Raphael Whitford (Bar No. 92363)
Steele Hansmeier PLLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-880-9160;  Fax 312-893-5677
jlsteele@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Raphael Whitford
RAPHAEL WHITFORD