September 1, 2011

```
                FILED
         U.S. DISTRICT COURT
         NEW ALBANY DIVISION

         11 SEP -6 AM 11: 50

         SOUTHERN DISTRICT
            OF INDIANA
         LAURA A. BRIGGS
              CLERK
```

The Honorable Federal Judge Sarah Evans Barker
United States District Court, Lee H. Hamilton Federal Building and United States Courthouse
121 West Spring Street
New Albany, Indiana 47150

Reference:
Court Case: Hard Drive Productions vs Does 1-21 (4:11-cv-00059-SEB-WGH)
Court: United States District Court for the Southern District of Indiana New Albany Division
Copyrighted Work: "Amateur Allure Erin"
Identifying Information Sought by Plaintiff: Accountholder Name, Address, Telephone Number

Letter in response to Judge Barker's order dated 7/27/11 at Docket No. 22

Your Honor,

I am writing to withdraw my letters at Docket Nos. 12, 14, and 15 from the case Docket.

Very Respectfully Yours,
"John Doe"

