IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 – 21, <br><br> Defendants. | Case No. 4:11-cv-00059-SEB-WGH |

> In light of this response, the Clerk of Court is directed to remove the ex parte restriction from the motion, supporting memorandum, and court order found at Docket Nos. 9-11.
>
> Dated: 9/08/2011
>
> /s/ William G. Hussmann
> William G. Hussmann, Jr.
> United States Magistrate Judge
> Southern District of Indiana

**PLAINTIFF'S RESPONSE TO COURT'S SEPTEMBER 1, 2011 SHOW CAUSE ORDER**

In its September 1, 2011 Show Cause Order, this Cour ordered Plaintiff to show cause why the ex parte motion and supporting memorandum (ECF Nos. 9-10) should remain under seal and not be made available to the opposing parties and for public inspection. (ECF No. 27.) Plaintiff has no objection to the unsealing of these documents and making them available to the opposing parties and for public inspection.

Respectfully submitted,

HARD DRIVE PRODUCTIONS, INC.

**DATED:** September 2, 2011

By:   /s/ Raphael Whitford
      Raphael Whitford (Bar No. 92363)
      Steele Hansmeier PLLC
      161 N. Clark St.
      Suite 4700
      Chicago, IL 60601
      312-880-9160;  Fax 312-893-5677
      jlsteele@wefightpiracy.com
      *Attorney for Plaintiff*