FILED
U.S DISTRICT COURT
NEW ALBANY DIVISION

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

11 SEP 26 PM 1:22

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| Hard Drive Productions Inc., | CASE NO. 4:11 –cv-00059-SEB-WGH |
| Plaintiff | |
| v. | Judge: Sarah Evans Barker |
| | Magistrate Judge: William G. Hussmann |
| DOES 1-21, | |
| Defendants | |

## MOTION OF INDIVIDUAL MISTAKENLY IDENTIFIED AS ONE OF DOES 1-21 TO PROCEED UNDER PSEUDONYM AND TO QUASH SUBPOENA ISSUED TO COMCAST CABLE HOLDINGS, LLC.

This individual, hereinafter referred to as J. Doe, has received written correspondence dated August 3, 2011 from Comcast Cable Holdings, LLC. purporting to identify him as the holder of Internet Protocol Address 98.226.98.254.

J. Doe responded to the correspondence from Comcast in writing. In that letter, dated August 31, 2011, J. Doe asserted that he had been mistakenly identified as a party to this lawsuit. J. Doe further truthfully asserted that he has never had an account of any type with Comcast Cable Holdings, LLC., has never lived in Indiana, and at the time of the alleged infringement, 2011-03-29 11:10:03 AM (UTC), was residing and present more than one thousand (1,000) miles from Indiana.

Comcast Cable Holdings, LLC. responded in a letter dated September 9, 2011. This letter included two addresses for J. Doe, the first an address in Indiana where J. Doe has **never** resided, the second the correct residence address for J. Doe and the only address referenced in the August 3rd letter from Comcast Cable Holdings, LLC.

J. Does petitions the Court to enjoin Comcast Cable Holdings, LLC from passing his name and address to Hard Drive Productions, Inc. He specifically denies that he has ever held the Internet Protocol Address 98.226.98.254, and prays for relief from further harassment in this matter

DATED this 21st day of September, 2011

J. Doe,   Pro se
JDoeofDoes1to21@gmail.com