UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:11-cv-59- SEB-WGH |
| vs. | ) | |
| | ) | |
| DOES 1- 21, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER STRIKING (DENYING) MOTION TO PROCEED UNDER PSEUDONYM AND TO QUASH SUBPOENA ISSUED TO COMCAST CABLE HOLDINGS, LLC
(Docket No. 31)

The John Doe defendant identifying himself as the holder of the Internet Protocol Address 98.226.98.254 has failed to respond to the Court's September 27, 2011, Order to Show Cause. Consequently, the Court strikes the Motion to Proceed Under Pseudonym and to Quash the Subpoena Issued to Comcast Cable Holdings, LLC at Docket No. 31 for its non-compliance with Fed. R. Civ. P. 11.

IT IS SO ORDERED.

Date: __10/19/2011__

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Jami A. Gekas
WILDMAN, HARROLD ALLEN & DIXON, LLP
gekas@wildman.com

Shannon T. Harell
EDWARDS WILDMAN
sharell@edwardswildman.com

Raphael J. Whitford
STEELE HANSELMEIER PLLC
rjwhitford@wefightpiracy.com