IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS INC., | CASE NO. 4:11-CV-0059-SEB-WGH |
| Plaintiff, | |
| v. | Judge: Hon. Sarah Evans Barker |
| | Magistrate Judge: Hon. William G. Hussmann |
| DOES 1 – 21, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF CHANGE OF LAW FIRM NAME**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that, Plaintiff's counsel's law firm has changed its name from "Steele Hansmeier PLLC" to "Prenda Law Inc." All other identifying information associated with Plaintiff's counsel, Raphael Whitford—i.e. his physical address, email address, and phone number – remains the same.

[intentionally left blank]

DATED: November 18, 2011          Respectfully submitted,

                                                           PRENDA LAW INC.

                                                           By: __/s/ Raphael Whitford_____
                                                               RAPHAEL WHITFORD

                                                          Bar No. 92363
                                                          Prenda Law Inc.
                                                          161 N. Clark St., Suite 3200
                                                          Chicago, IL 60601
                                                          Telephone: (312) 880-9160
                                                          Facsimile: (312) 893-5677
                                                          E-mail: rjwhitford@wefightpiracy.com
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 18, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                  /s/ Raphel Whitford
                                                  RAPHAEL WHITFORD