IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS INC., | CASE NO. 4:11-CV-0059-SEB-WGH |
| Plaintiff, | |
| v. | Judge: Hon. Sarah Evans Barker |
| | Magistrate Judge: Hon. William G. Hussmann |
| DOES 1 – 21, | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants remaining in this action. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

PRENDA LAW INC.

DATED: December 2, 2011

By:   /s/ Raphael Whitford
Raphael Whitford
Bar No. 92363
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: rjwhitford@wefightpiracy.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on December 2, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

      /s/ Raphel Whitford
      RAPHAEL WHITFORD