Acknowledged.

Date: 12/06/2011

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS INC., | CASE NO. 4:11-CV-0059-SEB-WGH |
| Plaintiff, | |
| v. | Judge: Hon. Sarah Evans Barker |
| DOES 1 – 21, | Magistrate Judge: Hon. William G. Hussmann |
| Defendants. | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF REMAINING DOE DEFENDANTS**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants remaining in this action. The respective Doe Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

PRENDA LAW INC.

DATED: December 2, 2011

By: __/s/ Raphael Whitford_____
Raphael Whitford
Bar No. 92363
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: rjwhitford@wefightpiracy.com
*Attorney for Plaintiff*